**AFFIDAVIT**    **Sheriff's Office**    FORM #9013A - Revised 05/27/10
Polk County    Winter Haven, FL    JV33507

| Agency ORI Number | | INCIDENT NUMBER |
|---|---|---|
| FL0530000 | | 130042926 |

X JUVENILE    ___ ADULT    BOOKING # 604797    OBITS# ___

**IN CIRCUIT/COUNTY COURT IN THE TENTH JUDICIAL CIRCUIT IN AND FOR POLK COUNTY, FL**

SUBMITTING MEMBER: MCKINNEY, JONATHAN    MEMBER # 6370

DATE/TIME OF ARREST/INCIDENT: 10/14/2013 15:59:00

LOCATION OF INCIDENT: ___

___ NOTICE TO APPEAR    ___ COMPLAINT AFFIDAVIT    X ARREST REPORT

CITY OF ___, COUNTY OF POLK, STATE OF FLORIDA

RIGHT THUMB PRINT

THE UNDERSIGNED AFFIANT SWEARS SHE/HE HAS JUST AND REASONABLE GROUNDS TO BELIEVE THAT ON 10/14/13 AT APPROXIMATELY 13:59:00 IN THE VICINITY OF ___ POLK COUNTY, FLORIDA

R___, K___    ALIAS ___
LAST    FIRST    MIDDLE

ADDRESS ___ FL 33810    PHONE ___

RACE/SEX H/F    DOB ___/2000    HT 503    WT 100    EYE BRO    HAIR BRO    COMP ___    BUILD ___

SPEECH ___    SCARS ___    POB ___,    MARITAL STATUS ___

DL# ___    ST ___    SS# ___    OCCUPATION ___

EMPLOYER/SCHOOL ___    PHONE ___

JUV-PARENTS ___    PHONE ___    n/a

**NOTICE TO APPEAR/OF APPOINTMENT**

I AGREE TO APPEAR IN COURT/JAC AT ___, FLORIDA ON ___ 20 ___ AT ___ AM/PM TO ANSWER THE CHARGE(S) IN THIS COMPLAINT OR TO PAY THE PRESCRIBED FINE FOR THIS OFFENSE. I UNDERSTAND THAT A WILFUL FAILURE TO APPEAR WILL RESULT IN A WARRANT FOR MY ARREST AND MAY BE A NEW OFFENSE (DO NOT BE LATE).

Defendant/Violators Signature    Parent/Guardian Signature    Date

**COMMITTED THE OFFENSE(S) OF:**

| Aggravated Stalking of Minor < 16 YOA | FSS/FAC/CO | 784.048(5).. Counts: 1 | LEVEL/DEGREE F3 |

**ORIGINAL**    juvenile CONFIDENTIAL

EXHIBIT A

| AFFIDAVIT CONTINUATION | Sheriff's Office | FORM #9013A - Revised 05/27/10 |
|---|---|---|
| | Polk County        Winter Haven, FL | |
| Agency ORI Number FL0530000 | | INCIDENT NUMBER 130042926 |

**CO-DEFENDANT:**
Codefendant: S▮▮▮ G▮▮▮▮▮

**VICTIM/WITNESS:**
Victim: S▮▮▮▮▮, R▮▮    W/F    FL    N/A    10/19/00

**PROBABLE CAUSE:**

Between December 2012 and February 2013, the victim, R▮▮▮ S▮▮▮ was repeatedly and maliciously harassed by K▮▮▮ R▮▮. Both R▮▮ and S▮▮▮k attended Crystal Lake Middle School during this time period. The following information was gathered during this investigation through interviews of fellow students and a confession by R▮▮.

-C▮ C▮▮ stated during his interview that R▮▮ and R▮▮▮ S▮▮▮ were best friends in the beginning of the school year when they both attended Crystal Lake Middle School. C▮▮ stated sometime during December 2012 and February 2013, G▮▮▮▮▮ S▮ coerced R▮▮ into not being friends with S▮▮▮ any longer.

-J▮ B▮▮ stated he observed R▮▮ "bully" S▮▮▮ on several occasions, by calling her names and intimidating her.

-H▮ M▮▮▮▮ stated S▮ convinced R▮▮ to not be friends with S▮▮. S▮ also coerced R▮▮ into starting a "fight" with S▮▮▮ at school, on 02/04/2013. Mc▮▮▮ stated S▮▮ did not "fight back" during the confrontation and was "beat up" by R▮▮. M▮▮▮▮ stated R▮▮ was constantly "bullying" S▮▮▮ during the latter part of the school year. This "fight" was investigated and documented by Crystal Lake Middle School administrative staff.

-M▮▮ V▮▮ stated she observed K▮▮ R▮▮ "bullying" S▮▮▮, through name calling and intimidation, along with S▮ during the latter part of the 6th grade school year.

-K▮ R▮▮ confessed during her interview that she "bullied" S▮▮▮▮ by calling her names and intimidating her, during the 6th grade at Crystal Lake Middle School. R▮▮ stated she started a "fight" with S▮▮▮k at school in February 2013. School administration handled discipline for the fight and R▮▮ was suspended. R▮▮ also stated she and her mother, Rosanne Gill, went to S▮▮▮'s residence on 09/10/2013 to apologize to S▮▮▮'s mother for the way R▮▮ treated S▮▮▮. R▮▮ admitted during the interview that she was "sorry" for bullying S▮▮▮.

Witness interviews and a confession by the suspect, R▮▮ show she participated in and initiated a pattern of conduct between December 2012 and February 2013 with the purpose of maliciously harassing R▮▮ S▮▮, a 12 year-old victim.

The Polk County Sheriff's Office is conducting the death investigation of R▮▮ S▮▮▮. It has been determined through the investigation that S▮▮▮ committed suicide by jumping from a concrete silo tower to her death. It has been determined the malicious harassment of S▮▮▮, perpetrated by R▮▮, was a contributing factor in S▮▮▮'s decision to commit suicide.

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS __14__ DAY OF __October 2013__

This affidavit was electronically signed

| HAMILTON, DEBORAH        1192 | MCKINNEY, JONATHAN        6370 |
|---|---|
| DEPUTY CLERK/NOTARY PUBLIC/LEO | AFFIANT |

**ORIGINAL**

Juvenile
CONFIDENTIAL