# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

GILL

                Plaintiff,

vs.                                Case No.  8:15-CV-840-MSS-AEP

POLK COUNTY SHERIFF'S OFFICE, et al.

                Defendant.
_____/

## ORDER OF RECUSAL

The undersigned hereby recuses himself from further proceedings in this action. <u>See</u> Committee on Codes of Conduct, Advisory Opinion No. 97: Disqualification of Magistrate Judge Based on Appointment or Reappointment Process; Order Appointing Merit Selection Panel, No. 8:16-mc-154-T-23, entered December 5th, 2016. The Clerk of Court is directed to re-assign this matter, by random draw, to another Magistrate Judge.

DONE AND ORDERED at Tampa, 8th day of December, 2016.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

Copies furnished to:
Counsel of Record