UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROSEANNE MICHELLE GILL, as Parent and
Next Friend of K.C.R., a minor,

    Plaintiff,                                        Case No.: 8:15-cv-840-T-35AEP

vs.

POLK COUNTY SHERIFF'S OFFICE,
GRADY JUDD, individually, and
JONATHAN MCKINNEY, individually,

    Defendants.
_____/

**PLAINTIFF'S MOTION IN *LIMINE* REGARDING OFFICERS' AWARDS, HONORS, OR COMMENDATIONS**

    Plaintiff ROSEANNE MICHELLE GILL, as Parent and Next Friend of K.C.R., a minor ("Plaintiff"), pursuant to the Federal Rules of Evidence, the Federal Rules of Civil Procedure, and MD Local Rule 3.01, moves this Court in *limine* for an order prohibiting the introduction of any evidence relating to awards, honors, or commendations given to law enforcement witnesses in this case, and in support state:

    Some of the law enforcement Defendants or witnesses in this case may have received awards, honors, and/or commendations in the course of their employment with the Polk County Sheriff's Office. However, such evidence is irrelevant to any issues in this case and is inadmissible under all the rules of evidence governing character evidence. *See* Fed. R. Evid. 404, 405, 607, 608, and 609. The probative value of such evidence is nil and the prejudice to the Plaintiff is substantial. Indeed, any such evidence seems designed primarily to garner sympathy for the Defendants. *See* Fed. R. Evid. 403. Character evidence in the form of past commendations, awards, and/or honors

1

of the Defendant Officers is wholly unrelated and irrelevant to Plaintiff's claims. Such evidence does not bear upon the issues in this case. It is self-serving and catered to cast Defendants in a favorable light. Character evidence is normally inadmissible in a civil rights case. Fed. R. Evid. 404. Lastly, evidence of commendations and awards constitutes inadmissible hearsay and comes under none of the exceptions of the Federal Rules. *See* Fed. R. Evid. 801-804; *United States v. Nazzaro*, 889 F.2d 1158 (1st Cir. 1989); *United States v. Washington*, 106 F.3d 983 (D.C. Cir. 1997); *United States v. Barry*, 814 F.2d 1400, 1404 (9th Cir. 1987). Hence, it must be excluded from trial. This Motion is not meant to preclude Defendants from presenting such evidence as impeachment or rebuttal; Plaintiff reserves the right to raise proper objections to the presentation of such if it arises during trial.

## Local Rule 3.01(g) Certificate of Compliance

Pursuant to MD Local Rule 3.01(g), undersigned counsel conferred with counsel for the Defendants, who do not object to the relief requested in this Motion, but reserve their right to offer such evidence for impeachment or rebuttal purposes, only.

## Memorandum of Law

This Court has the discretion to grant pretrial Motions in *Limine* excluding prejudicial or inadmissible evidence before it is actually offered. *Miller ex rel. Miller v. Ford*, 2004 WL 4054843 (M.D. Fla. July 22, 2004), citing: *Luce v. United States*, 469 U.S. 38, 40 n. 2 (1984).

WHEREFORE, Plaintiff requests that this Court enter an order in *limine*, prohibiting the introduction of any testimony or evidence of awards, honors, or commendations given to law enforcement Defendants or witnesses in this case.

**Respectfully Submitted,**

_____
**LAWRENCE G. WALTERS**
Florida Bar No. 0776599
Email: Larry@firstamendment.com
Secondary Email: paralegal@firstamendment.com
**WALTERS LAW GROUP**
195 W. Pine Avenue
Longwood, Florida 32750-4104
Telephone: (407) 975-9150
Facsimile: (407) 774-6151

**HOWARD S. MARKS**
Florida Bar No.: 0750085
Email: hmarks@burr.com
Secondary Email: dmmorton@burr.com
**BURR & FORMAN LLP**
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 27, 2017, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to: JONATHAN B. TROHN, Esquire (j.trohn@vctta.com), JENNIFER M. VASQUEZ (j.vasquez@vctta.com), and HANK B. CAMPBELL, Esquire (h.campbell@vctta.com), Valenti Campbell Trohn Tamayo & Aranda, P.A., Post Office Box 2369, Lakeland, Florida 33806-2369.

_____
Lawrence G. Walters