UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROSEANN MICHELLE GILL, as Parent
and Next Friend of K.C.R., a minor,

    Plaintiff,

vs.                                                       CASE NO. 8:15-cv-840-T-35AEP

JONATHAN MCKINNEY, individually,

    Defendant.
_____/

## VERDICT

**WE THE JURY** return the following verdict:

1.     Did the Defendant Jonathan McKinney enter Plaintiff's house without consent in violation of Plaintiff's civil rights?

    YES_____                                               NO ✓_____

If your answer to Question 1 is "NO", your verdict is for Defendant, and your foreperson should sign and date this verdict form. If your answer to Question 1 is "YES", proceed to Question 2.

2. Did the acts of Defendant McKinney cause injury to the Plaintiff?

YES_____                               NO_____

If your answer to Question 2 is "NO," skip Question 3A and proceed to Question 3B. If your answer to Question 2 is "YES," proceed to Question 3A.

3A. Please state the amount that will fairly compensate Plaintiff for any injury she actually sustained as a result of the Defendant's conduct.

ANSWER                               $_____

Please proceed to question 4A.

3B. Because we answered "NO" to Question 2, Plaintiff is awarded nominal damages in the amount of $1.00.

Please proceed to question 4A.

4A. Did Defendant McKinney act maliciously or wantonly in violating Plaintiff's rights?

YES_____                               NO_____

If you answered "YES" to Question 4A, proceed to Question 4B. If you answered "NO" to Question 4A, skip Question 4B and sign and date the Verdict Form.

4B.  Do you award punitive damages against Defendant McKinney?

  YES_____          NO_____

  If YES, in what amount?

  $_____

**SO SAY WE ALL.**

_5-3-17_____          _[signature]_____
**DATE**                                      **FOREPERSON**