**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**ROSEANN MICHELLE GILL, as Parent
and Next Friend of K.C.R., a minor,**

    **Plaintiff,**

**v.**                                       **Case No: 8:15-cv-840-MSS-CPT**

**GRADY JUDD, individually,
JONATHAN MCKINNEY, individually,
and GRADY JUDD, in his official
capacity as the Sheriff of Polk County,**

    **Defendants.**

---

## **ORDER**

**THIS CAUSE** comes before the Court for consideration of Defendants' Motion for Attorney's Fees Regarding Claims Dismissed Pursuant to Rule 12(b)(6), (Dkt. 106), Plaintiff's response in opposition thereto, (Dkt.114), Defendant Jonathan McKinney's Motion for Costs, (Dkt. 107), and Plaintiff's response in opposition thereto. (Dkt. 112) On June 6, 2019, United States Magistrate Judge Christopher P. Tuite issued a Report and Recommendation, recommending that Defendants' Motion for Attorney's Fees Regarding Claims Dismissed Pursuant to Rule 12(b)(6) be denied and Defendant Jonathan McKinney's Motion for Costs be granted in part and denied in part. (Dkt. 128) Neither party filed an objection to Judge Tuite's Report and Recommendation, and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the Magistrate Judge's

report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation, (Dkt. 128), is **CONFIRMED** and **ADOPTED** as part of this Order;

2. Defendants' Motion for Attorney's Fees Regarding Claims Dismissed Pursuant to Rule 12(b)(6), (Dkt. 106), is **DENIED**.

3. Defendant Jonathan McKinney's Motion for Costs, (Dkt. 107), is **GRANTED IN PART AND DENIED IN PART**. Defendant Jonathan McKinney is hereby

awarded **$1, 325.99 in costs** against Plaintiff Roseann Michelle Gill, as parent and next friend of K.C.R, a minor.

4. The **CLERK** is directed to enter judgment in accordance with this Order. This matter shall remain **CLOSED**.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of June, 2019.

*/s/ Mary S. Scriven*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person